UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBERT J. GRIFFITH, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>JIM MOORE and CHRISTOPHER )<br>KOSTER, )<br>)<br>    Defendants, ) | Case No. 1:11CV00112SNLJ |

## ORDER

On June 28, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned a Southeastern Division case number. However, the above referenced case requires an Eastern Division case number.

Therefore, this case must be randomly reassigned an Eastern Division case number.

**IT IS HEREBY ORDERED** that the Southeastern Division case is closed and the case has been reassigned as Eastern Division case number 4:11CV001153TCM and randomly assigned to Magistrate Judge Thomas C. Mummert III.


June 29, 2011                                              JAMES G. WOODWARD
DATE                                                              CLERK OF COURT


                                                                                          By: /s/ Karen Moore
                                                                                              Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:11CV001153TCM.**